**FILED**
June 20, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>HARJIT JOHAL,  )<br>  )<br>Defendant.  ) | CASE NUMBER: 2:14-cr-00169-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Harjit Johal</u>; Case <u>2:14-cr-00169-KJM</u> from custody and for the following reasons:

     \_    Release on Personal Recognizance

     \_    Bail Posted in the Sum of _____

     X    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, co-signed by defendant's husband

     \_    Appearance Bond with 10% Deposit

     \_    Appearance Bond secured by Real Property

     \_    Corporate Surety Bail Bond

     X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>6/20/2014</u> at 3:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge