UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MOHAMMAD RIAZ KHAN, A.K.A. RAY KHAN; MOHAMMAD SHAHBAZ KHAN; HARJIT KAUR JOHAL; AND JASVIR KAUR;<br><br>              Defendants. | No. 2:14-cr-00169-GEB<br><br>**ORDER DENYING DEFENDANT JOHAL'S SEVERANCE MOTION** |

Defendant Harjit Kaur Johal moves for severance of her trial from the trial of co-indicted Defendants Mohammad Riaz Kahn and Mohammad Shahbaz Kahn based on the conclusory argument that she "would be prejudiced by the amount of evidence expected to be elicited in order [for the government] to prove [the charges against the other indicted defendants]." (Mot. 3:12-14, ECF No. 83.) The government opposes the motion rejoining, *inter alia*: "[s]everance will not prevent this evidence from being introduced; rather, the government would just have to introduce the evidence twice, in separate trials[; Defendant Johal] fails to identify any specific trial right that will be endangered by a joint trial, which is required to obtain severance[; and a]ny concern about prejudicial spillover can be cured by appropriate jury instructions." (Gov't Opp'n 2:20-25, ECF No. 97.)

1

"Rule 8(b) of the Federal Rules of Criminal Procedure provides that defendants may be charged in the same indictment 'if they are alleged to have participated in the same act or transaction or in the same series of acts or transactions constituting an offense or offenses.'" United States v. Buena-Lopez, 987 F.2d 657, 660 (9th Cir. 1993) (quoting Fed. R. Crim. P. 8(b)). "Generally, defendants who are charged together should be jointly tried. . . . Joint trials promote efficiency . . . ." Id. (citation omitted).

Here, the movant has not shown that she should be tried separately. Therefore, her severance motion is DENIED.

Dated: October 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2