UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JASVIR KAUR and HARJIT JOHAL,<br><br>          Defendants. | No.  14cr00169-GEB<br><br>**TIAL CONFIRMATION ORDER1** |

Trial in the above-captioned case, scheduled to commence at 9:00 a.m. on March 14, 2017, was confirmed at the hearing held on February 10, 2017.

**EVIDENTIARY DISPUTES**

All evidentiary disputes capable of being resolved by in limine motions shall be filed no later than February 22, 2017. Oppositions to the motions or statements of non-opposition shall be filed no later than March 1, 2017.  Hearing on the motions shall commence at 9:00 a.m. on March 3, 2017.

Any reasonably anticipated dispute concerning the admissibility of evidence that is not briefed in an in limine motion shall be included in trial briefs. E.D. Cal. R. 285(a)(3).

**TRIAL PREPARATION**

A. No later than March 6, 2017, the following documents shall be filed:

(1) proposed jury instructions and a proposed verdict form;

(2) proposed voir dire questions to be asked by

1

1 | the Court;

2 |    (3) trial briefs; and

3 |    (4) a joint statement or joint proposed jury
4 | instruction that can be read to the jury during voir dire that
5 | explains the nature of the case.

6 |   B. The government's exhibits shall be numbered with
7 | stickers. Should the defendant elect to introduce exhibits at
8 | trial, such exhibits shall be designated by alphabetical letter
9 | with stickers. The parties may obtain exhibit stickers from the
10 | Clerk's Office. The government shall file an exhibit list and a
11 | witness list as soon as practicable.

12 |   C. The parties estimate it will take six (6) court
13 | days to try the case, which includes closing arguments. Each
14 | Defendant has ten (10) minutes for voir dire and the government
15 | has twenty (20) minutes, which may be used after the judge
16 | completes judicial voir dire. Two (2) alternate jurors will be
17 | empaneled, if feasible.

18 |   The "struck jury" system will be used to select the
19 | jury unless this case is reassigned and the reassigned judge
20 | elects to use another system. The struck jury system is "designed
21 | to allow both the prosecution and the defense a maximum number of
22 | peremptory challenges. The venire . . . start[s] with about 3[6]
23 | potential jurors, from which the defense and the prosecution
24 | alternate[] with strikes until a petite panel of 12 jurors
25 | remain[s]." Powers v Ohio, 499 U.S. 400, 404-05 (1991); see also
26 | United States v. Esparza-Gonzalez, 422 F.3d 897, 899 (9th Cir.
27 | 2005) (discussing the "struck jury" system).

28 |   The Jury Administrator randomly selects potential

jurors and places their names on a list that will be provided to each party in the numerical sequence in which they were randomly selected. Each juror will be placed in his or her randomly-selected seat. The first 12 jurors on the list will constitute the petit jury unless one or more of those 12 is excused for some reason. Assuming that the first listed juror is excused, the thirteenth listed juror becomes one of the twelve jurors.

The Courtroom Deputy will give each juror a large laminated card on which the numerical order the juror has been is placed.

Following the voir dire questioning, each side will take turns exercising its peremptory challenges. The parties will be given a sheet of paper ("strike sheet") upon which they shall silently exercise their peremptory challenges in the manner specified on the strike sheet. If a side elects to pass rather than exercise a particular peremptory challenge, the word "pass" placed on the strike sheet for the past challenge and that challenge is waived.

The parties requested that the alternate jurors be retained after the jury retires to deliberate, and that the alternate jurors would then no longer be required to appear in court unless directed to appear by the Courtroom Deputy.

D.   If any party desires training on the court's audio visual equipment that party should contact Richard Arendt in the IT Department to make arrangements for training. rarendt@caed.uscourts.gov   The courtroom is available for training Monday through Thursday between 8:00 and 8:30 a.m.   If training is not needed and a party wants to test the equipment,

3

this can be done the morning of trial between 8:00 and 8:30 a.m.

      E.    Each Defendant has ten (10) minutes to make an opening statement and the government has twenty (20) minutes to make an opening statement.

      IT IS SO ORDERED.

Dated: February 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge