PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
JEREMY J. KELLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 15 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>HARJIT KAUR JOHAL and JASVIR KAUR,<br><br>            Defendants. | CASE NO. 2:14-CR-00169-GEB<br><br>**ORDER PURSUANT TO**<br>**18 U.S.C. §§ 6002–6003 GRANTING IMMUNITY**<br>**AND REQUIRING TESTIMONY –**<br>Azra Parveen |

   NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Azra Parveen give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge concerning the application for and receipt of unemployment and disability insurance benefits in connection with the fraud scheme material to the trial in the above-referenced case, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

   IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Azra Parveen in any criminal case, except that Azra Parveen shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

Order re: Immunity and Requiring Testimony           1

comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: _March 15_, 2017

HON. GARLAND E. BURRELL, JR.
United States District Judge