1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,            No.  2:14-cr-0169-GEB

8                 Plaintiff,

9         v.                              **ORDER**

10   HARJIT KAUR JOHAL,

11                 Defendant.

12

13           The undersigned judge was informed that the United

14   States contacted the Courtroom Duty Clerk on March 24, 2017 about

15   what the United States asserts is an error in the Court Minutes.

16   If a party opines that an error or other correction or change of

17   the record is required, that party shall file a document on or

18   before March 29, 2017 in which the requested change is specified

19   and the authority justifying the change; a proposed order should

20   also be filed.  Prior to the referenced filing an attempt should

21   be made to resolve the matter by a stipulated proposed order.

22   Any response to the referenced filing shall be filed the day

23   after the referenced filing is filed.

24   Dated:  March 28, 2017

25

26   _____

27   GARLAND E. BURRELL, JR.
     Senior United States District Judge

28

1