Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JASVIR KAUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00169-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| JASVIR KAUR and HARJIT JOHAL | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Jasvir Kaur and Harjit Johal, by and through their counsel of record, hereby stipulate as follows:

1. The defendants in this matter were convicted by a jury on March 24, 2017

2. By previous order, this matter was set for sentencing for June 16, 2017.

3. The defendants require additional time to prepare their informal and formal objections and prepare for the Sentencing Hearing.

4. The parties agree and stipulate, and request the Court order the following:

   a. Judgement and Sentencing be set for July 7, 2017;

   b. Any reply or statement of non-opposition be filed no later than June 30, 2017;

   c. Motion for Correction filed no later than June 23, 2017;

   d. Final Pre-Sentence Report filed no later than June 16, 2017; and

{00021812}

e. Informal written objections provided to Probation and opposing counsel no later than June 9, 2017.

IT IS SO STIPULATED.

DATED: May 19, 2017

/s/ Kresta Daly for
Jared Dolan
Assistant United States Attorney

DATED: May 19, 2017

/s/ Kresta Daly
Kresta Nora Daly
Counsel for Defendant Jasvir Kaur

DATED: May 19, 2017  /s/ Kresta Daly for
Gilbert Roque
Counsel for Defendant Harjit Johal

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: May 22, 2017

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```