1  BRENDAN HICKEY (CSBN 261794)
   Pier 9, Suite 100
2  San Francisco, CA 94111
   Telephone: (415) 494-8444
3  Fax: 415-735-3544
4  brendan@defender-services.com

5  Attorneys for Defendant
   HARJIT JOHAL
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-00169-GEB-3 |
| Plaintiff, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON PARTIES' MOTIONS** |
| v. | |
| HARJIT JOHAL, | |
| Defendant. | |

**Introduction:**

On April 8, 2019, Harjit Johal filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 based on a claim that she received ineffective assistance of counsel. On June 5, 2019, the Court ordered the government to file an answer to Johal's petition by July 5, 2019.

**Government's Representations:**

The undersigned counsel for the United States has represented that, despite the exercise of due diligence, he requires additional time to gather and review the necessary material, including the trial transcripts, the case file in the U.S. Attorney's Office's possession, and potentially communications between Johal's trial counsel and attorneys for the United States that may pertain to Johal's claims. In addition, further investigation and research is required to address Johal's claims.

1

**Defendant's Representations:**

Undersigned counsel for Ms. Johal represents that, on May 31 2018, Ms. Johal completed her sentence in this case and was released by the Bureau of Prisons. She was then taken into immigration custody where she is currently being held pursuant to ongoing deportation proceedings before a United States Immigration Judge. The charges against her in those proceedings are that she is deportable as an aggravated felon based on her conviction in this case. Her immigration case is set for a hearing on July 8, 2019.

**Stipulation and Proposed Briefing Schedule**

The United States of America, by and through its attorneys, McGregor W. Scott, United States Attorney for the Eastern District of California, and Shea J. Kenny, Assistant United States Attorney, and defendant Harjit Johal, by and through her attorney Brendan Hickey, hereby stipulate and agree as follows:

The parties are mindful of the need for both adequate preparation of counsel and a prompt determination in this matter so that any decisions by the immigration court regarding Ms. Johal have the benefit of this court's ruling on this motion. They therefore propose the following briefing schedule:

- August 5, 2019 – Government files an answer to defendant's motion to vacate pursuant to § 2255.
- August 26, 2019 – Defendant files a reply to Government's answer to defendant's motion to vacate pursuant to § 2255.

**IT IS SO STIPULATED.**

DATED:  6/17/2019              /s/
                                          BRENDAN HICKEY
                                          Counsel for Defendant, HARJIT JOHAL

DATED:  6/17/2019              McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/
                                          SHEA J. KENNY
                                          Assistant United States Attorney

# **ORDER**

Based on the stipulation of the parties, the Court orders the parties follow the briefing schedule set forth below.

- August 5, 2019 – Government will file an answer to defendant's motion to vacate pursuant to § 2255.
- August 26, 2019 – Defendant will a reply to Government's answer to defendant's motion to vacate pursuant to § 2255.

Dated: June 25, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.prisoner.habeas\joha0169.stip.ord