UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff/Respondent,<br><br>    v.<br><br>HARJIT KAUR JOHAL,<br><br>        Defendant/Movant. | No. 2:14-cr-0169 GEB DB<br><br>ORDER |

    Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. On August 12, 2019, movant filed a motion to stay her removal proceedings pending resolution of this § 2255 action. In that motion, movant's counsel stated that the government did not oppose the motion. Based on movant's counsel's representation that the motion was unopposed, this court recommended movant's motion be granted. Earlier today, the government filed objections to that recommendation. Therein, the government's counsel states that he mistakenly told movant's counsel previously that the government did not object to a stay.

    Because this court based its recommendation on its understanding that the government did not oppose a stay, this court will vacate its findings and recommendations. The government's objections will be considered an opposition to movant's motion and movant will be given an

////

1

opportunity to file a reply, which shall address the government's contention that this court lacks jurisdiction to enter a stay.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 12, 2019 (ECF No. 311) are vacated;
2. The court will construe the government's objections to the findings and recommendations as an opposition to movant's motion for a stay of her removal proceedings; and
3. By noon on August 15, 2019, movant shall file a reply brief.[1]

DATED: August 13, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/joha0169.stay fr vac

---

[1] In their objections/opposition brief, the government represents that the immigration proceedings set for this Friday, August 16, 2019, will not result in movant's immediate removal from the country because, even if movant is ordered removed, she may appeal that order. If that representation is not correct and movant could be removed prior to the court's resolution of the motion to stay, movant shall so inform the court immediately.

2