UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARJIT KAUR JOHAL,<br><br>　　　　Defendant. | No. 2:14-cr-169-GEB<br><br><br>**ORDER** |

On August 22, 2019, the magistrate judge filed findings and recommendations ("F&Rs") herein which were served on all parties and which contain notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the F&Rs.

The F&Rs concern Defendant's "EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER ["TRO"]" in which Defendant seeks to "restrain [] the United States Executive Office for Immigration Review from issuing any order of deportation against Ms. Harjit Johal based on a conviction in the above-entitled case until further notice from this court." ECF 310-2. Defendant's motion includes the following argument: "This court has the legal authority to issue a stay of Ms. Johal's ongoing removal proceedings under The All Writs Act, 28 U.S.C. § 165 . . . " Motion at 4:7-8.

The district judge withdraws the reference to the magistrate judge of Defendant's motion to vacate, set aside, or

1

correct her sentence under 28 U.S.C. § 2255, since Defendant seeks an expedited decision on the motion. Specifically, Defendant argues: "her constitutional right to due process of law" will be violated if she is "ordered deported and physically removed from the United States on the basis of [her] conviction obtained in [this action in] violation of her Sixth Amendment right to counsel without [her] being afforded a chance to have her [ineffective assistance of counsel claims ("IAC")] adjudicated before this court." Opposition to Gov't's Request for extension of time, at 2:17-21, ECF 308.

The F&Rs concern Defendant's emergency motion "for entry of a temporary restraining order restraining Immigration Judge Nelson and the United States Department of Justice, Executive Office for Immigration Review from issuing an order of removal against Ms. [Harjit]Johal based on her criminal conviction that is the subject of the above-entitled habeas proceeding until this court has had an opportunity to rule on her petition." Motion at 1:19-23, ECF 310. Defendant also argues in the motion and avers through her counsel under penalty of perjury: "This court has the legal authority to issue a stay of Ms. Johal's ongoing removal proceedings under The All Writs Act, 28 U.S.C. § 1651 . . . " Id. at 4: 7-8, 6:18-19.

The F&Rs make clear that "[t]he propriety of a request for injunctive relief hinges on a significant threat of irreparable injury that must be imminent in nature." F&Rs at 2:8-10. The F&Rs also indicate that the injunctive relief defendant seeks is unclear and could be "considered [a TRO request] for a stay of the proceedings in the immigration courts . . . " F&Rs at 2:11-12.

The magistrate judge's findings denying the TRO are correct and are adopted. Therefore, the motion is denied.

Further, this order does not change the briefing scheduled on the § 2255 motion.

Dated: September 6, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge