1  BRENDAN HICKEY (CSBN 261794)
   Pier 9, Suite 100
2  San Francisco, CA 94111
   Telephone: (415) 494-8444
3  Fax: 415-735-3544
   brendan@defender-services.com
4

5  Attorneys for Defendant
   HARJIT JOHAL
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00169-GEB-DB -3 |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT'S REPLY BRIEF |
| v. | |
| HARJIT JOHAL, | |
| Defendant. | |

**INTRODUCTION**

On April 8, 2019, Harjit Johal filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 based on a claim that she received ineffective assistance of counsel. The government filed its answer to Ms. Johal's motion to vacate on September 4, 2019. The reply brief is due on September 25.

The United States of America, by and through its attorneys, McGregor W. Scott, United States Attorney for the Eastern District of California, and Shea J. Kenny, Assistant United States Attorney, and defendant Harjit Johal, by and through her attorney, Brendan Hickey, hereby stipulate and agree as follows:

Ms. Johal's reply brief will be due on October 9, 2019

1

By agreeing to the requested extension, the United States does not waive any potential future objections to defendant Johal raising new arguments for the first time in her reply brief.

**IT IS SO STIPULATED.**

DATED:   9/25/19                           /s/
                                            BRENDAN HICKEY
                                            Counsel for Defendant, HARJIT JOHAL


DATED:   9/25/19                           McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/
                                            SHEA J. KENNY
                                            Assistant United States Attorney


**ORDER**

IT IS HEREBY ORDERED that Defendant and Petitioner Harjit Johal's reply to the government's answer shall be filed on or before October 9, 2019.

DATED: September 25, 2019

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/joha0169.reply eot