UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:14-cr-0169 GEB DB 3 |
| Plaintiff/Respondent, | |
| v. | ORDER |
| HARJIT KAUR JOHAL, | |
| Defendant/Movant. | |

Movant is a federal prisoner proceeding through counsel with a motion to vacate her sentence pursuant to 28 U.S.C. § 2255. On September 17, 2019, movant submitted to the court a motion for issuance of a subpoena duces tecum to obtain the CJA records of prior counsel and a request to file that motion under seal. (See ECF No. 320.) Respondent has not opposed the request to seal. See E.D. Cal. R. 141(c) (any opposition to request to seal due within three days).

Under Rule 6 of the Rules Governing § 2255 Cases, movant must demonstrate good cause for discovery. See United States v. Garcia, No. CR S-02-0519 FCD DAD, 2010 WL 144860, at *1 (E.D. Cal. Jan. 11, 2010) (Discovery in a § 2255 proceeding is available "'at the discretion of the district court judge for good cause shown.'" (quoting Jones v. Wood, 114 F.3d 1002, 1009 (9th Cir. 1997).) After review of the motion and supporting documents submitted to the court ex parte, this court finds movant has shown good cause for the issuance of a subpoena duces tecum for the CJA records of movant's prior counsel. See Fed. R. Crim. P. 17(c); Rule 12, R. Gov'ing §

1

2255 Cases (Federal Rules of Criminal Procedure are applicable in § 2255 cases to the extent they are not inconsistent with any statutory provisions or theses rules).

Because movant's motion for a subpoena includes information regarding movant's counsel's work product, it is appropriately filed under seal. See <u>United States v. Cooper</u>, No. 2:11-cr-0277-PMP-CWH, 2012 WL 366922, at *2 (D. Nev. Feb. 3, 2012) (sealing of application for subpoena duces tecum appropriate to protect attorney work product).

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Movant's September 17, 2019 motion for a subpoena duces tecum is granted.
2. Movant's September 17, 2019 request to seal his motion for a subpoena is granted.
3. The Clerk of the Court is directed to file under seal movant's September 17, 2019 motion for a subpoena duces tecum and supporting documents and movant's September 17, 2019 request to seal.

DATED: September 25, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/joha0169.subp seal

2