UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARJIT KAUR JOHAL,<br><br>Defendant. | No. 2:14-cr-00169-GEB<br><br><br><br>**ORDER** |

On October 3, 2019, Harjit Kaur Johal filed in this action her second request for a temporary restraining order and a stay. Emergency Motion for a Temporary Restraining Order (ECF No. 329.) The United States "oppose[s] the defendant's motion on the grounds that the Court does not have jurisdiction to stay the defendant's removal proceedings under 8 U.S.C. § 1252, and that, even if the Court did have jurisdiction, the motion should be denied because the defendant has not established that a temporary restraining order is appropriate, in part because she cannot establish that she will be irreparably injured absent a stay, nor that she is likely to succeed on the merits." Opposition at 1:20-

1

26 (ECF No. 330).)

"A stay . . . is . . . an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." Nken v. Holder, 556 U.S. 418, 433-434 (2009) (internal quotations omitted). Johal has not shown circumstances justifying issuance of a stay, even assuming arguendo that jurisdiction exists to decide her stay request. Johal's stay motion is premised on her contention that "deportation" proceedings should be stayed "until [the district] court has had an opportunity to review and rule on Ms. Johal's petition for a writ of habeas corpus." Mot. at 6:21-24). The United States filed an Answer to Johal's habeas petition on September 4, 2019, and "Johal's reply to the government's answer shall be filed on or before October 9, 2019." STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT'S REPLY BRIEF filed September 26, 2019, at 2:18 (ECF No. 323.) Nor has Johal satisfied her "burden of persuasion" applicable to the issuance of a temporary restraining order. Mazurek v. Armstrong, 520 U.S. 968, 972 (1997) (internal quotations omitted).

Therefore, the motion is denied.

Dated: October 9, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge