UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>HARJIT KAUR JOHAL,<br><br>　　　　　Defendant/Movant. | No. 2:14-cr-0169 GEB DB 3<br><br><br>ORDER |

On October 16, 2019 the undersigned issued an order in this case in error. On September 9, 2019, the district judge withdrew the reference to the magistrate judge because defendant seeks an expedited decision on her motion to vacate. (See ECF No. 319.)

Accordingly, IT IS HEREBY ORDERED that the October 16, 2019 order (ECF No. 334) is vacated.

Dated: October 17, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/joha0169.vac or

1