PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00169-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE SUBMISSION OF ELECTRONIC SIGNATURE |
| v. | |
| HARJIT JOHAL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its attorney of record, and defendant Harjit Johal, both individually and by and through her counsel of record, hereby stipulate as follows:

1.  The defendant has consulted with her San Francisco-based counsel regarding the plea agreement offer extended to her by the government.

2.  Obtaining an actual signature on the plea agreement from the defendant, who lives near Yuba City, would be both impracticable and imprudent in light of safety measures in place to combat the COVID-19 public health pandemic.

///

///

///

3. Pursuant to General Order 616, the defendant consents to her counsel signing the plea agreement on the defendant's behalf using an electronic signature, and requests the Court to find that the conditions required by General Order 616 have been met in this case.

IT IS SO STIPULATED.

Dated: October 21, 2021                          PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 /s/ SAM STEFANKI
                                                 SAM STEFANKI
                                                 Assistant United States Attorney

Dated: October 21, 2021                          /s/ BRENDAN HICKEY
                                                 BRENDAN HICKEY
                                                 Counsel for Defendant
                                                 HARJIT JOHAL

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of October, 2021.

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE